76

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GLORIA LOVE, Defendant-Appellant.

(No. 73-145;

Second District—October 21, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner, of State Appellate Defender's Officer, of Elgin, for appellant.

William Sisler, State's Attorney, of Freeport (James W. Jerz and Charles D. Sheehy, Jr., both of Model District State's Attorneys Office, of counsel), for the People.